UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────────

**DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,**

                **Petitioner,**

    **- against -**

**ROYAL INTERIOR FINISHER CORP.,**

                **Respondent.**

20cv3555 (JGK)

<u>ORDER</u>

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The respondent's time to respond to the petition to confirm arbitration is extended to July 24, 2020. If there is no response by that time, the Court will decide the petition on the current papers. The petitioner is directed to serve a copy of this order on the respondent and file an affidavit of service on the docket by July 10, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            July 2, 2020          ___/s/ John G. Koeltl_____
                                                     **John G. Koeltl
                                     United States District Judge**